| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| NICKOLAS A. KACPROWSKI | 8627-0 |
| JOHN RHEE | 9681-0 |
| CHRISTINE BELCAID | 10125-0 |

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   paul.alston@dentons.com
          nickolas.kacprowski@dentons.com
          john.rhee@dentons.com
          christine.belcaid@dentons.com

Attorneys for Defendants
HAWAIIAN AIRLINES, INC. and
HAWAIIAN HOLDINGS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RIKI O'HAILPIN, NINA ARIZUMI, ROBERT ESPINOSA, ERWIN YOUNG, PUANANI BADIANG, SABRINA FRANKS, RONALD LUM, DANI SAIKI, and BRANDEE AUKAI, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAIIAN AIRLINES, INC. and HAWAIIAN HOLDINGS, INC.,<br><br>Defendants. | Civil No.:  1:22-cv-00532-JAO-RT<br><br>**DEFENDANTS HAWAIIAN AIRLINES, INC. AND HAWAIIAN HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br><br><br>No Trial Date Set. |

# DEFENDANTS HAWAIIAN AIRLINES, INC. AND HAWAIIAN HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant HAWAIIAN AIRLINES, INC. ("Hawaiian Airlines") and Defendant HAWAIIAN HOLDINGS, INC. ("Hawaiian Holdings" and collectively with Hawaiian Airlines, "Defendants"), make the following corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Hawaiian Airlines' parent corporation is Hawaiian Holdings. Hawaiian Holdings, a publicly traded corporation, owns 100% stock in Hawaiian Airlines.

DATED: Honolulu, Hawai`i, February 9, 2023.

/s/ JOHN RHEE
PAUL ALSTON
NICKOLAS A. KACPROWSKI
JOHN RHEE
CHRISTINE BELCAID

Attorneys for Defendants
HAWAIIAN AIRLINES, INC. and
HAWAIIAN HOLDINGS, INC.