| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| NICKOLAS A. KACPROWSKI | 8627-0 |
| JOHN RHEE | 9681-0 |
| CHRISTINE BELCAID | 10125-0 |

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   paul.alston@dentons.com
          nickolas.kacprowski@dentons.com
          john.rhee@dentons.com
          christine.belcaid@dentons.com

Attorneys for Defendants
HAWAIIAN AIRLINES, INC. and
HAWAIIAN HOLDINGS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RIKI O'HAILPIN, NINA ARIZUMI, ROBERT ESPINOSA, ERWIN YOUNG, PUANANI BADIANG, SABRINA FRANKS, RONALD LUM, DANI SAIKI, and BRANDEE AUKAI, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAIIAN AIRLINES, INC. and HAWAIIAN HOLDINGS, INC.,<br><br>Defendants. | Civil No.: 1:22-cv-00532-JAO-RT<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re:  Defendants' First Request for Answers to Interrogatories and First Request for Production of Documents to Plaintiffs dated April 14, 2023]<br><br><br>Jury Trial:  June 3, 2024<br>Judge:  Honorable Jill A. Otake |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2023, copies of the following documents were duly served via e-mail and/or hand-delivery to the following parties at their last known addresses as follows:

1. *Defendant Hawaiian Airlines, Inc.'s First Request for Answers to Interrogatories to Plaintiff Nina Arizumi dated April 14, 2023;*

2. *Defendant Hawaiian Airlines, Inc.'s First Request for Answers to Interrogatories to Plaintiff Brandee Aukai dated April 14, 2023;*

3. *Defendant Hawaiian Airlines, Inc.'s First Request for Answers to Interrogatories to Plaintiff Puanani Badiang dated April 14, 2023;*

4. *Defendant Hawaiian Airlines, Inc.'s First Request for Answers to Interrogatories to Plaintiff Robert Espinosa dated April 14, 2023;*

5. *Defendant Hawaiian Airlines, Inc.'s First Request for Answers to Interrogatories to Plaintiff Sabrina Franks dated April 14, 2023;*

6. *Defendant Hawaiian Airlines, Inc.'s First Request for Answers to Interrogatories to Plaintiff Ronald Lum dated April 14, 2023;*

7. *Defendant Hawaiian Airlines, Inc.'s First Request for Answers to Interrogatories to Plaintiff Riki O'Hailpin dated April 14, 2023;*

8. *Defendant Hawaiian Airlines, Inc.'s First Request for Answers to Interrogatories to Plaintiff Dan Saiki dated April 14, 2023;*

9. *Defendant Hawaiian Airlines, Inc.'s First Request for Answers to Interrogatories to Plaintiff Erwin Young dated April 14, 2023;*

10. *Defendant Hawaiian Airlines, Inc.'s First Request for Production of Documents to Plaintiff Nina Arizumi dated April 14, 2023;*

11. *Defendant Hawaiian Airlines, Inc.'s First Request for Production of Documents to Plaintiff Brandee Aukai dated April 14, 2023;*

12. *Defendant Hawaiian Airlines, Inc.'s First Request for Production of Documents to Plaintiff Puanani Badiang dated April 14, 2023;*

13. *Defendant Hawaiian Airlines, Inc.'s First Request for Production of Documents to Plaintiff Robert Espinosa dated April 14, 2023;*

14. *Defendant Hawaiian Airlines, Inc.'s First Request for Production of Documents to Plaintiff Sabrina Franks dated April 14, 2023;*

15. *Defendant Hawaiian Airlines, Inc.'s First Request for Production of Documents to Plaintiff Ronald Lum dated April 14, 2023;*

16. *Defendant Hawaiian Airlines, Inc.'s First Request for Production of Documents to Plaintiff Riki O'Hailpin dated April 14, 2023;*

17. *Defendant Hawaiian Airlines, Inc.'s First Request for Production of Documents to Plaintiff Dan Saiki dated April 14, 2023;and*

18. *Defendant Hawaiian Airlines, Inc.'s First Request for Production of Documents to Plaintiff Erwin Young dated April 14, 2023.*

|  | HAND DELIVERED | E-MAILED |
|---|:---:|:---:|
| JAMES HOCHBERG, ESQ.<br>James Hochberg, A.A.L. LLLC<br>Bishop Street Tower, Suite 2100<br>700 Bishop Street<br>Honolulu, Hawai`i  96813<br>Email:  jim@jameshochberglaw.com | ☒ | ☒ |
| JOHN C. SULLIVAN, ESQ. (*Pro Hac Vice*)<br>AUSTIN R. NIMOCKS, ESQ. (*Pro Hac Vice*)<br>S\|L Law PLLC<br>610 Uptown Blvd., Suite 2000<br>Cedar Hill, Texas 75101<br>Email: john.sullivan@the-sl-lawfirm.com<br>            austin.nimocks@the-sl-lawfirm.com | ☐ | ☒ |
| WALKER MOLLER, ESQ. (*Pro Hac Vice*)<br>LAURA CARROLL, ESQ. (*Pro Hac Vice*)<br>Siri\|Glimstad<br>700 S. Flower Street, Suite 1000<br>Los Angeles, California  90017<br>Email:  wmoller@sirillp.com; lcarroll@sirillp.com | ☐ | ☒ |

Attorneys for Plaintiffs
RIKI O'HAILPIN, NINA ARIZUMI, ROBERT ESPINOSA, ERWIN YOUNG, PUANANI BADIANG, SABRINA FRANKS, RONALD LUM, DAN SAIKI, and BRANDEE AUKAI, on their own behalf and on behalf of all others similarly situated

DATED:  Honolulu, Hawai`i, April 17, 2023.

/s/ John Rhee
PAUL ALSTON
NICKOLAS A. KACPROWSKI
JOHN RHEE
CHRISTINE BELCAID

Attorneys for Defendants
HAWAIIAN AIRLINES, INC. and
HAWAIIAN HOLDINGS, INC.

10109927\000047\123560509\V-2