# MINUTE ORDER

```
CASE NUMBER:      22-CV-00532-HG-WRP

CASE NAME:        O'Hailpin, et al. v. Hawaiian Airlines
                  Inc.; Hawaiian Holdings, Inc.

ATTYS FOR         Christopher D. Wiest
PLAS:             David Austin R. Nimocks
                  John C. Sullivan
                  Jace R. Yarbrough
                  Walker Moller
                  William A. Harrison
                  William Hancock Payne

ATTYS FOR         John S. Rhee
DEFTS:            Christine K.D. Belcaid
                  William S. Hunt
                  Nickolas A. Kacprowski
```

JUDGE: Helen Gillmor

DATE: July 25, 2025

On July 22, 2025, Defendants Hawaiian Airlines Inc. and Hawaiian Holdings, Inc., filed:

MOTION TO EXCLUDE REVISED EXPERT REPORT AND REBUTTAL REPORT AND TESTIMONY OF RAM DURISETI, MD, PH.D. (ECF No. 339);

RENEWED MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF PRISCILLA BALLESTEROS HAVRE, M.ED., C.R.C. (ECF No. 340); and

MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF KARLENE K. PETITT, PH.D., MBA, MHS (ECF No. 341).

On the same date, Plaintiffs filed:

MOTION TO EXCLUDE OR IN THE ALTERNATIVE LIMIT THE TESTIMONY AND OPINIONS OF ERIC BARNES (ECF No. 342);

MOTION TO EXCLUDE OR IN THE ALTERNATIVE LIMIT THE

1

```
TESTIMONY AND OPINIONS OF DR. FREDERICK CHEN (ECF No.
343);

MOTION TO EXCLUDE OR IN THE ALTERNATIVE LIMIT THE
TESTIMONY AND OPINIONS OF DR. LAWRENCE MAYER (ECF No.
344);

MOTION TO EXCLUDE OR IN THE ALTERNATIVE LIMIT THE
TESTIMONY AND OPINIONS OF CHRISTOPHER MEYERS (ECF No.
345); and

MOTION TO EXCLUDE OR IN THE ALTERNATIVE LIMIT THE
TESTIMONY AND OPINIONS OF JON SNOOK (ECF No. 346).
```

Responses to each Motion shall be filed on or before Friday, August 15, 2025.

The Court will notify the parties in due course whether a hearing on the matter will be held in court, by video conference, or by telephone conference, or whether the matter will be decided without a hearing pursuant to District of Hawaii Local Rule 7.1(c).


Submitted by: Theresa Lam, Courtroom Manager