IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RIKI O'HAILPIN; NINA ARIZUMI; ROBERT ESPINOSA; ERWIN YOUNG; PUANANI BADIANG; SABRINA FRANKS; RONALD LUM; DAN SAIKI; BRANDEE AUKAI,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAIIAN AIRLINES, INC.; HAWAIIAN HOLDINGS, INC.,<br><br>Defendants. | Civil No. 22-00532 HG-WRP |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART DEFENDANTS' AMENDED BILL OF COSTS, ECF NO. 435 (ECF No. 447)**

Findings and Recommendation having been filed and served on all parties on August 26, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part Defendants' Amended Bill of Costs, ECF No. 435" (ECF No. 447) is adopted as

//

//

//

the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 16, 2026.

Helen Gillmor
United States District Judge